UNITED STATES DISTRICT COURT
For the
EASTERN DISTRICT OF TEXAS/SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 2 9 2024
BY DEPUTY_____

KATHLEEN D, LIEBERMAN.
BRAD AND GINGER JESTER
WESLEY AND BRITTANY JESTER
OLIVIA BARNARD
STANTON AND ERIKA SPRABARY
Plaintiff,

Vs.

JUSTIN PAUL
WENDY WALKER
Defendants.

Case No: 4:24-cv-00207
Judge: Mazzant

case no. 4:23-CV-00887

## NOTICE OF DEATH

Notice of plaintiff, Mark Lieberman died on March 4, 2024. The representative of said deceased is the widow, Kathleen Lieberman.

Sincerely and respectfully submitted.

Kathleen Lieberman

1704 Pine Hills Lane

Corinth, Texas 76210

Hickory Creek, Texas 75065