UNITED STATES DISTRICT COURT
For the
EASTERN DISTRICT OF TEXAS/SHERMAN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 2 9 2024
BY DEPUTY_____

| | |
|---|---|
| KATHLEEN D, LIEBERMAN. ) <br> MARK J LIEBERMAN. ) <br> ) <br> Plaintiff, ) <br> ( <br> Vs. ( <br> ) <br> JUSTIN PAUL ) <br> WENDY WALKER ) <br> Defendants. ) | Case No: 4:23-cv-00887 <br> Judge Sean D. Jordan <br><br> Case no. 4:24-CV-60207 |

## MOTION TO FILE ELECTRONICALLY

Since the death of my husband, Mark Lieberman on 3/4/2024, I will be proceeding pro-se and request to file electronically pursuant to Rule CV-5(a)(2)(b).

Kathleen Lieberman

1704 Pine Hills Lane

Corinth, Texas 76210

Hickory Creek, Texas 75065