# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| KATHLEEN D. LIEBERMAN and<br>MARK J. LIEBERMAN<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JUSTIN PAUL and<br>WENDY WALKER,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  No.: 4:23-CV-00887<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' REPLY TO PLAINTIFF'S "UNOPPOSED MOTION FOR EXTENSION OF TIME"

Come now Defendants Justin Paul and Wendy Walker, in response to the Petitioners' "UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY AND BRIEF IN SUPPORT" (ECF 31). While the Defendants were not contacted or consulted prior to the Motion, the Defendants do not object.

Respectfully submitted,

/s/ David C. Youll
David C. Youll, OBA No. 16553
Welsh & McGough, PLLC
2727 E. 21st St., Ste. 600
Tulsa, Oklahoma 74114
Telephone:  918.585.8600
Telefax:  918.794.4411
david@tulsafirm.com
Attorney for Defendants Justin Paul/Wendy Walker

2

CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the above and the foregoing motion was filed via the Court's CM/ECF system, which caused an electronic copy of the same to be served on the following counsel of record:

Kathleen Lieberman
1704 Pine Hills Lane
Corinth, Texas 76210
Kathleen.lieberman@yahoo.com

/s/ David C. Youll
David C. Youll