IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

KATHLEEN D. LIEBERMAN
and MARK J. LIEBERMAN,

Plaintiffs,

v.

Civil Action No. 4:23-cv-887-SDJ-KPJ

---

**CERTIFIED MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
101 E. PECAN ST., SUITE 112
SHERMAN, TEXAS 75090

OFFICIAL BUSINESS

7021 0950 0000 6781 2101





US POSTAGE PITNEY BOWES
ZIP 75090
02 7H
$ 009.92⁰
AUG 22 2024

RECEIVED
SEP 16 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Kathleen D. Lieberman
1704 Pine Hills Lane
Corinth, TX 76210

NIXIE        750  DE 1        0009/11/24
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 75090598937        *2182-02086-11-47*

75090>5989