**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathleen D. Lieberman
1704 Pine Hills Lane
Corinth, TX 76210

9590 9402 7337 2028 6859 77

2. Article Number (Transfer from service label)

7019 1120 0002 3229 6742

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Kathleen
C. Date of Delivery: 09/25/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

R & R [40]
4:23cv887

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

RECEIVED
OCT 09 2024
CLERK, DISTRICT COURT
EASTERN DISTRICT OF TEXAS