THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

KATHLEEN D. LIEBERMAN, ET AL. §
§
§   CIVIL NO. 4:23-cv-00887-SDJ-BD
v. §
§
WENDY WALKER, ET AL. §
§

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of the United States Magistrate Judge filed in this matter on November 1, 2024, it is

**ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' visitation claims against Defendants Wendy Walker and Justin Paul are **DISMISSED WITHOUT PREJUDICE** and the Plaintiffs' claim for monetary damages is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED.**

**So ORDERED and SIGNED this 11th day of December, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

1